The second argument of the morning is in Appeal No. 24-1576, the United States v. Clarence Bonds,